Olga Nethersole v. Theodore A. Liebler and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms

stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.